

**FILED**

MAR 27 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Leonardo Jose Rojas

CASE/CITATION NO. 2:12cr0009-DAD

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 3-27-2012            X _____
                                DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ _____ and a penalty assessment of $ 25 each count for a TOTAL AMOUNT OF: $ 50 within immediate days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(✓) Restitution: 26,624.00 _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | CLERK, USDC |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | 501 I STREET, STE. 4-200 |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | SACRAMENTO, CA 95814-2322 |

(circled: CLERK, USDC / 501 I STREET, STE. 4-200 / SACRAMENTO, CA 95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/27/12            DALE A. DROZD
                         U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                              EDCA-3