BENJAMIN B. WAGNER
United States Attorney
ROBYN N. PULLIO
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LEONARDO JOSE ROJAS,<br><br>             Defendant. | CASE NO. 2:12-CR-00009-DAD<br><br>PETITION FOR REVOCATION OF PROBATION AND NOTICE OF HEARING AND PROPOSED ORDER TO SHOW CAUSE AND ISSUE SUMMONS<br><br>DATE:   April 28, 2015<br>TIME:   10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

### I.   INTRODUCTION

The United States, by and through its undersigned counsel, files this Petition to Revoke Probation requesting that the Court order the defendant, LEONARDO JOSE ROJAS, to show cause why his probation should not be revoked for failure to comply with his Court-ordered probation.

### II.   PROBATION REVOCATION PETITION

On March 27, 2012, the defendant was sentenced to a three-year term of court probation by United States Magistrate Judge Dale A. Drozd. Accordingly, the defendant's term of court probation is currently scheduled to expire on March 26, 2015. As conditions of such probation, *inter alia*, the defendant was ordered to pay restitution in the amount of $26,642.00; and to notify the U.S. Attorney's Office ten days prior to any change in residence.

The United States alleges that the defendant has violated his probation as follows:

1. As of March 13, 2015, the defendant has paid $25.00 of the Court-ordered restitution to the Clerk of the Court. The Clerk of the Court has received no payments towards the defendant's restitution balance since September 20, 2012. The defendant's outstanding restitution balance is $26,617.00.

2. As of March 13, 2015, the defendant has failed to report any changes in residence or alternate addresses to the U.S. Attorney's Office. The last residential address on file with the U.S. Attorney's Office, as reported by the defendant to the U.S. Marshals Service at the time he was processed on January 31, 2012, is 8441 Ardelle Way, Elk Grove, CA 95624.

Records from the California Department of Motor Vehicle ("DMV") reflect that two alternate addresses of record for the defendant were reported to the DMV during his term of court probation including: (i) an address of 6236 Main Avenue 7, Orangevale, CA on October 16, 2012; and (ii) an address of 10501 Croetto Way 26, Rancho Cordova, CA on August 19, 2014.

The United States therefore petitions the Court to add this matter to its calendar on April 28, 2015, at 10:00 a.m. for a Probation Revocation Hearing to allow the defendant to show cause why the probation granted on March 27, 2012 should not be revoked. To facilitate the appearance of the defendant, the United States requests that the Court order the issuance of a summons.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 24, 2015

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Robyn N. Pullio*
ROBYN N. PULLIO
Special Assistant U.S. Attorney

**ORDER**

It is hereby ordered that the defendant in the above-captioned matter shall appear before this Court on April 28, 2015, at 10:00 a.m. to show cause why his court probation granted on March 27, 2012, should not be revoked.  It is further ordered that the Clerk of the Court shall issue a summons to the above-named defendant.

Dated:  March 25, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
rojas0009.pet.revoke.prob

ORDER TO SHOW CAUSE AND ISSUE SUMMONS                                                              U.S. V. LEONARDO JOSE ROJAS